# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  

*NY AND CALIF. BARS

30 VESEY STREET  
SUITE 100  
NEW YORK, N.Y. 10007  

(212) 608-0808  
(212) 962-9696 (FAX)

December 14, 2011

VIA ECF

Honorable Kiyo A. Matsumoto  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 10007

           Re: *United States v. Frank Senatore, 11-Cr-30(34)(KAM)*

Dear Judge Matsumoto:

       We represent Mr. Senatore with respect to the above captioned case. With the consent of the government by AUSA Elizabeth Geddes, we respectfully request a 30 adjournment of the sentence hearing that is presently scheduled for January 9, 2012. The reason for this request is because we need additional time to obtain letters from the doctors that treat Mr. Senatore's father in order to submit them to the court along with our sentencing memorandum.

       Accordingly, we request that this sentence hearing be adjourned at least 30 days, to a date and time that is convenient to the court.

                                                Respectively,

                                                *Lee Ginsberg*

                                                Lee Ginsberg

cc:     AUSA Elizabeth Geddes (via ECF)